HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ASAN DURANA HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00214-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| ASAN DURANA HAYES, | ) Date: December 13, 2018 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Timothy Howard Delgado, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Asan Durana Hayes, that the status conference, currently scheduled for December 13, 2018, be continued to January 10, 2019 at 10:00 a.m.

The reason for the continuance is that the government has represented that it will disclose initial discovery this week, after which defense counsel will need time to examine the discovery and review it with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 10, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 11, 2018				HEATHER E. WILLIAMS
						Federal Defender

						/s/ *Mia Crager*
						MIA CRAGER
						Assistant Federal Defender
						Attorney for Defendant
						ASAN DURANA HAYES


Dated: December 11, 2018				McGREGOR W. SCOTT
						United States Attorney

						/s/ Timothy Howard Delgado
						TIMOTHY HOWARD DELGADO
						Assistant U.S. Attorney
						Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including January 10, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 13, 2018 status conference shall be continued until January 10, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE