| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|   | MIA CRAGER, #300172 |
| 3 | Assistant Federal Defender |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Mia_Crager@fd.org |

Attorney for Defendant
ASAN DURANA HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00214-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| ASAN DURANA HAYES, | ) Date: January 10, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Timothy Howard Delgado, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Asan Durana Hayes, that the status conference, currently scheduled for January 10, 2019, be continued to March 14, 2019 at 10:00 a.m.

The reason for the continuance is that the defense recently received discovery and defense counsel will need time to examine it and review it with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 14, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Continue Status Conference -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 8, 2019            HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ASAN DURANA HAYES

Dated: January 8, 2019            McGREGOR W. SCOTT
United States Attorney

/s/ Timothy Howard Delgado
TIMOTHY HOWARD DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including March 14, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 10, 2019 status conference shall be continued until March 14, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE