McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0214-MCE |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | Date: May 30, 2019 |
| ASAN DURANA HAYES, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Asan Durana Hayes, through his counsel of record, stipulate that the status conference now set for May 30, 2019, be advanced by three weeks, to May 9, 2019, at 9:00 a.m.

On November 8, 2018, Mr. Hayes was arraigned on the one-count Indictment in this case. (Dkt. Nos. 3, 6.) Afterwards, the government produced discovery to the defense that included 42 pages of reports and memoranda, and a disk with various audio and video files from the underlying traffic stop. Defense counsel reviewed these materials upon receipt.

The parties are prepared to resolve this case through a plea agreement and would like to do so without delay. This case is currently set for a status hearing on May 30, 2019, but the parties are asking to advance the hearing by three weeks, to May 9, for a change of plea. Time under the Speedy Trial Act has already been excluded through May 30 (Order, Dkt. No. 20), so no additional finding regarding an exclusion of time is required.

Based on the foregoing, the parties stipulate that the status conference currently set for May 30, 2019, be advanced to May 9, 2019, at 10:00 a.m.

Respectfully submitted,

Dated: April 20, 2019
 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: April 20, 2019
 */s/ THD for Mia T. Crager*
MIA T. CRAGER
Assistant Federal Defender
*Attorney for Defendant Asan Hayes*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. For the reasons stated in the parties' stipulation, the May 30, 2019 status conference is advanced by three weeks, to May 9, 2019. Time under the Speedy Trial Act has already been excluded through that date. (Order, Dkt. No. 20.)

IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE

3