PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00214-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESETTING DISPOSITIONAL HEARING; ORDER |
| v. | DATE: February 8, 2022 |
| ASAN DURANA HAYES, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a dispositional hearing on February 8, 2022.

2. On January 12, 2022, counsel for the government notified counsel for the defendant and the assigned Probation officer that she was unavailable on that date and requested a change for the date of disposition in this TSR proceeding.

3. On January 12, 2022, counsel for the defendant and the Probation officer responded that they were available for disposition on February 1, 2022 at 9:30 a.m.

///

///

///

4. By this stipulation, the parties now move to reset the hearing to February 1, 2022.

IT IS SO STIPULATED.

Dated:  January 12, 2022          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ ALSTYN BENNETT
                                  ALSTYN BENNETT
                                  Assistant United States Attorney


Dated:  January 12, 2022          /s/ MIA CRAGER
                                  MIA CRAGER
                                  Counsel for Defendant
                                  ASAN DURANA HAYES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2022.

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE