UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 08, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASAN DURANA HAYES,

    Defendant.

Case No. 2:18-cr-00214 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ASAN DURANA HAYES</u>, Case No. <u>2:18-cr-00214 JAM</u> Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        \_\_X\_\_ (Other): <u>TIME SERVED</u>

Issued at Sacramento, California on March 08, 2022, at 10:06 AM

By: _____
District Judge John A. Mendez